**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000287
11-MAY-2026
08:19 AM
Dkt. 50 OAWST**

NO. CAAP-24-0000287

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN RE THE JEAN KANAE AND MILDRED BALDOVI REVOCABLE TRUST

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CASE NO. 2CTR-22-0000007)

ORDER APPROVING STIPULATION FOR DISMISSAL OF APPEAL
(By:  Hiraoka, Presiding Judge, Wadsworth and McCullen, JJ.)

Upon consideration of the "Stipulation for Dismissal of Appeal with Prejudice" (**Stipulation to Dismiss**) filed on April 10, 2026, by Personal Representative-Appellant Malia Baldovi and Petitioners-Appellees Angela Davis, Esther Baldovi, and Dikie-Lee Tran; the papers in support; and the record; it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorneys' fees and

costs on appeal; and (3) the Stipulation to Dismiss is signed by counsel for all parties appearing in the appeal.

Therefore, IT IS ORDERED that the Stipulation to Dismiss is approved and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, May 11, 2026.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge